THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD HOLMES, Defendant-Appellant.

(No. 57553; ▪▪▪▪▪▪▪

First District (1st Division)—July 1, 1974.

Opinion by Mr. JUSTICE HALLETT.

Paul Bradley, of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY JENKINS, Defendant-Appellant.

(No. 57118; ▪▪▪▪▪▪▪

First District (2nd Division)—June 28, 1974.